IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: Real property at 208 Paradise Peninsula, Mooresville, North Carolina 28115, more particularly described in a deed recorded in Iredell County Register of Deeds Book 1080, Page 1500.<br><br>FILE IN GRANTOR INDEX UNDER:<br><br>Terry Welch, Terry Scott Welch, Terry S. Welch | 5:10-mc-1-RLV<br><br>**ORDER AND LIS PENDENS** |

     WHEREAS, the United States of America, by and through Postal Inspector Christopher Davis, has presented an affidavit to the Court alleging that the above-captioned property is subject to forfeiture as set forth in 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461; and,

     WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that offenses in violation of 18 U.S.C. §§ 656, 1341, 1343, and/or 1349 have been committed, and probable cause that the above captioned property may be subject to forfeiture; and,

     WHEREAS, upon this finding of probable cause that the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461, the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential forfeiture claim against the property;

     THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and,

     ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in

rem action before this Court, and any person who has a question as to this action should contact:

>United States Attorney for the Western District of North Carolina
>Attn: Benjamin Bain-Creed
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>(704) 344-6222.

This the 4th day of February, 2010.

_____
Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE